
1 WOODRUFF, SPRADLIN & SMART, APC
2 DANIEL K. SPRADLIN – State Bar No. 82950
dspradlin@wss-law.com
3 JEANNE L. TOLLISON – State Bar No. 238970
jtollison@wss-law.com
4 555 Anton Boulevard, Suite 1200
Costa Mesa, California 92626-7670
5 Telephone: (714) 558-7000
Facsimile: (714) 835-7787

6 Attorneys for Defendant CITY OF BEVERLY HILLS, a public entity

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINE WILLIAMS & KHALIL WHITE, in Their Individual and Representative Capacities on Behalf of a Class of All Persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BEVERLY HILLS, CAPTAIN SCOTT DOWLING, SERGEANT D.D., OFFICER J.I., OFFICER J.D., and DOES 1 through 100, inclusive, all sued in their individual and official capacities,<br><br>Defendants. | CASE NO.: 2:21-cv-08698<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(c) (FEDERAL QUESTION); DEMAND FOR JURY TRIAL** |

TO:   THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant CITY OF BEVERLY HILLS, a public entity, hereby removes to this Court the state court action described below under 28 U.S.C. §§ 1441(a) and (c), 28 U.S.C. § 1331, 28 U.S.C. § 1343, and 28 U.S.C. § 1367.

1.   Defendant City of Beverly Hills is informed and believes that on August 30, 2021, an action was commenced in the Superior Court of the State of California in and for the County of Los Angeles by Plaintiffs JASMINE WILLIAMS & KHALIL

1. WHITE, in Their Individual and Representative Capacities on Behalf of a Class of All Persons similarly situated ("Plaintiffs"), bearing Case Number 21STCV31949. The Defendants named in that complaint include the City of Beverly Hills, Captain Scott Dowling, Sergeant D.D., Officer J.I., and Officer J.D. The named individual Defendants are sued in the individual and official capacities as employees of the City of Beverly Hills. A copy of the complaint is attached as Exhibit A.

2. On October 4, 2021, Defendant City of Beverly Hills was served with the complaint. A copy of the proof of service is attached as Exhibit B.

3. Defendant City of Beverly Hills is informed and believes that none of the other named Defendants have been served with the complaint in this matter. Defendant City of Beverly Hills also is informed and believes that the named individual Defendants agree with and would join in the removal of this matter to federal court.

4. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. section 1331 and 28 U.S.C. section 1343 and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. section 1441(b) in that it arises under the Federal Civil Rights Act, 42 U.S.C. section 1983.

5. Plaintiffs' action arises out of events that occurred on September 7, 2020. Plaintiffs allege that on that date they were stopped, questioned and then arrested as they were riding a scooter in the City of Beverly Hills. Plaintiffs assert that their detention and arrest was motivated by their race and that they were racially profiled. Plaintiffs also seek to bring this litigation as a class action on behalf of "[a]ll African Americans and other individuals with a dark complexion, who were considered 'black,' that (i) were seized without reasonable suspicion or probable cause, (ii) suffered excessive force, and/or (iii) maliciously prosecuted on false charges, by members of the Beverly Hills Police Department ("BHPD") and/or Captain SCOTT DOWLING'S Task Force a.k.a. 'Operation Safe Street,' 'Rodeo Drive Task Force,' or other names, on or around Rodeo Drive, Beverly Hills, California, between March 1,

1635690.1

2020 and July 1, 2021."

6. In their complaint, Plaintiffs assert a number of federal causes of action, including for violation of the Fourth and Fourteenth Amendments and for municipal liability under *Monell*. These federal claims are brought under 42 U.S.C. section 1983. The complaint also contains two state law causes of action, including for violation of California's Bane Act and for violation of California's Ralph Act.

7. Notice of this removal is being provided to all adverse parties as well as the Los Angeles County Superior Court as required by 28 U.S.C. section 1446(d).

DATED: November 3, 2021            WOODRUFF, SPRADLIN & SMART, APC

By: /s/ *Roberta A. Kraus*
   DANIEL K. SPRADLIN
   JEANNE L. TOLLISON
   ROBERTA A. KRAUS
   Attorneys for Defendant CITY OF BEVERLY HILLS, a public entity

1635690.1

3

# DEMAND FOR JURY

Defendant CITY OF BEVERLY HILLS, a public entity, hereby demands a trial by jury.

DATED: November 3, 2021          WOODRUFF, SPRADLIN & SMART, APC

By: /s/ *Roberta A. Kraus*
    DANIEL K. SPRADLIN
    JEANNE L. TOLLISON
    ROBERTA A. KRAUS
    Attorneys for Defendant CITY OF BEVERLY HILLS, a public entity

1635690.1

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am over the age of 18 and not a party to the within action; I am employed by WOODRUFF, SPRADLIN & SMART in the County of Orange at 555 Anton Boulevard, Suite 1200, Costa Mesa, CA 92626-7670.

On November 3, 2021, I served the foregoing document(s) described as **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(c) (FEDERAL QUESTION); DEMAND FOR JURY TRIAL**

☒  by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list;

☒  **(BY MAIL)** I placed said envelope(s) for collection and mailing, following ordinary business practices, at the business offices of WOODRUFF, SPRADLIN & SMART, and addressed as shown on the attached service list, for deposit in the United States Postal Service. I am readily familiar with the practice of WOODRUFF, SPRADLIN & SMART for collection and processing correspondence for mailing with the United States Postal Service, and said envelope(s) will be deposited with the United States Postal Service on said date in the ordinary course of business.

☒  **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached mailing list.

☐  **(BY OVERNIGHT DELIVERY)** I placed said documents in envelope(s) for collection following ordinary business practices, at the business offices of WOODRUFF, SPRADLIN & SMART, and addressed as shown on the attached service list, for collection and delivery to a courier authorized by GSO/GLS and/or FedEx to receive said documents, with delivery fees provided for. I am readily familiar with the practices of WOODRUFF, SPRADLIN & SMART for collection and processing of documents for overnight delivery, and said envelope(s) will be deposited for receipt by GSO/GLS and/or FedEx on said date in the ordinary course of business.

☐  **(BY PERSONAL SERVICE)** I delivered such envelope(s) by hand to the offices of the addressee(s).

☒  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on November 3, 2021, at Costa Mesa, California.

/s/ *Laura F. Perez*
LAURA F. PEREZ

1635690.1

**JASMINE WILLIAMS, et al. vs. CITY OF BEVERLY HILLS, et al.**

**USDC, CENTRAL DISTRICT OF CALIFORNIA
CASE NO. 2:21-cv-08698**

**LASC, CENTRAL DISTRICT
CASE NO.: 21STCV31949**

**SERVICE LIST**

| | |
|---|---|
| Bradley C. Gage, Esq.<br>Terry M. Goldberg, Esq.<br>Milad Sadr. Esq.<br>LAW OFFICES OF GOLDBERG & GAGE<br>A Partnership of Professional Corporations<br>23002 Victory Boulevard<br>Woodland Hills, California 91367<br>Telephone: (818) 340-9252<br>Facsimile: (818) 340-9088<br>Email: bgage@goldbergandgage.com<br>　　　　tgoldberg@golbergandgage.com<br>　　　　msadr@goldbergandgage.com | Attorneys for Plaintiffs<br>**JASMINE WILLIAMS, KHALIL WHITE and the PUTATIVE CLASS** |
| Benjamin Crump, Esq. (*pro hac vice* pending)<br>Mark T. Harris, Esq.<br>BEN CRUMP LAW FIRM<br>1215 K Street, Suite 1700<br>Sacramento, CA 95814<br>Telephone: (866) 600-3742<br>Email: ben@bencrump.com<br>　　　　mark@bencrump.com | Attorneys for Plaintiffs<br>**JASMINE WILLIAMS, KHALIL WHITE and the PUTATIVE CLASS** |

10/13/21

1635932.1