# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-8698 FMO (RAOx) | Date | August 12, 2024 |
|---|---|---|---|
| Title | **Jasmine Williams, et al. v. City of Beverly Hills, et al.** | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiffs: Attorney Present for Defendants:

None Present   None Present

**Proceedings:** (In Chambers) Order to Show Cause Re: Consolidation

Having reviewed the dockets in Williams, et al. v. City of Beverly Hills, et al., CV 21-8698 FMO (RAOx) ("Williams") and Ian Greene, et al. v. City of Beverly Hills, et al., 24-5916 FMO (ASx) ("Greene"), and in light of the Court's Order of August 5, 2024, transferring Greene to the undersigned as a related case to Williams, IT IS ORDERED THAT:

1. No later than **August 19, 2024**, each separately-represented party shall file a Memorandum Re: Consolidation ("Memorandum"), no longer than ten pages in length, addressing (1) the extent to which there are similar factual and/or legal issues in the above cases, and (2) whether or not the cases should be consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

2. If the parties agree that the cases should be consolidated, they shall file a stipulation in lieu of a Memorandum no later than **August 16, 2024**.

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | vdr |